Decision Per Curiam.

E. T. C. Dickenson, as Chairman, and Frank Peacock, J. W. Carter, A. A. Stribling and C. B. Pledger, members of and composing the Board of County Commissioners of Jackson County, Florida, Plaintiff in Error, vs The State of Florida ex rel. Board of Public Instruction of Jackson County Florida, Defendants in Error.

Writ of error to Circuit Court, Jackson county; Evelyn C. Maxwell, Judge.

*Rivers H. Buford,* for Plaintiff in Error.

*Wm. B. Farley,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. Dismissed on motion of counsel for defendants in error, for failure to sue out writ of error in time.

Decision Per Curiam.